IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 MAR -2  AM 8:53
CLERK
WESTERN
BY

BURTON GEORGE BERGMAN,
        Plaintiff,

-vs-                                                     Case No.  A-15-CA-1042-SS

BRENT STROMAN, MANUEL CHAVEZ,
ABELINO "ABEL" REYNA, and JOHN DOE,
        Defendants.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically "Defendants' Joint Unopposed Motion to Extend Deadline to Respond to Complaint" [#7 filed February 26, 2015] and, thereafter, enters the following:

Notwithstanding the undersigned has never seen a case in all his years that requires sixty days to answer a federal complaint or file a motion to dismiss, especially when there are so many lawyers who are representing the defendants, the Court reluctantly grants the motion because it is unopposed.  It is the Court's practice to grant unopposed motions, but it is noted for all counsel that a delay of two months results in a delay of at least four months in the designation of a trial date.  The Court is now setting cases for January and February of 2018.

IT IS ORDERED that the Joint Unopposed Motion to Extend Deadline to Respond to Complaint is GRANTED, and the parties have until April 15, 2016 to file appropriate pleadings in this case.

SIGNED this the ___ day of March 2016.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE