IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 APR 20  AM 10: 10

| BURTON GEORGE BERGMAN, | § | |
|---|---|---|
| Plaintiff, | § | CIVIL ACTION NO. 1:15-CV-1042 |
| v. | § | |
| BRENT STROMAN, MANUEL CHAVEZ, ABELINO "ABEL" REYNA and JOHN DOE | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's unopposed motion for twenty-one (21) day extension of time to respond to Defendants' various pending motions (Doc. 14). The Court finds that Plaintiff's motion should be, and is hereby, **GRANTED.**

Therefore, the Court hereby grants Plaintiff extensions of 21 days to Plaintiff's current deadlines to file the following responses:

| Response due | Extended Deadline |
|---|---|
| Motion to Transfer Venue | 5/05/2016 |
| Motion to Stay | 5/05/2016  5/12/16 |
| Stroman/Chavez's Motion to Dismiss *one motion* | 5/12/2016 |
| Reyna's Motion to Dismiss | 5/16/2016 |

SO ORDERED.

Signed this __19th__ day of __April__, 2016.

Bam Sparks
SAM SPARKS
UNITED STATES MAGISTRATE JUDGE